UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARYL L. BAKER,<br>Defendant. | No. CR25-193 JHC<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the unopposed notice of the United States for leave to dismiss all pending charges in this matter as to Defendant DARYL L. BAKER. Dkt. # 19.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, with prejudice. Any outstanding arrest warrant is quashed.

DATED this 30th day of September, 2026.

John H. Chun

John H. Chun
United States District Judge